**Order entered August 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00909-CR
No. 05-13-00910-CR
No. 05-13-00919-CR

**WILLIAM NELLIUS HUBBARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F05-26988-Y, F05-26990-Y, F11-54986-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's August 21, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE